■ ERNEST FELDMAR et al., Respondents, v. ANTHONY SCROFANI et al., Doing Business as M & S MAIL & MESSENGER SERVICE, Appellants.— Order, entered on April 19, 1962, granting plaintiffs' motion for summary judgment in this negligence action, unanimously reversed on the law, with $20 costs and disbursements to appellants and the motion denied. It cannot be said on the record before us that there is no triable issue as to negligence on the part of defendants. An issue is presented as to whether the driver of defendants' panel truck could, in the exercise of ordinary care and in view of the existing circumstances, have brought his vehicle to a stop in time to avoid running into the plaintiffs' automobile. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS MITCHELL, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between TELANSERPHONE Co., Appellant, and UNITED TELEPHONE ANSWERING AND COMMUNICATIONS UNION, LOCAL 780, Respondent. ALEX H. VOGEL et al., Respondents.— Order, entered on June 12, 1962, and order, entered on June 19, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of NAVARRO HOTEL, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and FREDERICK H. SCHLOSS et al., Intervenors-Respondents.— Order, entered on May 3, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Rabin, Eager and Steuer, JJ.

■ SEWARD LUGGAGE MANUFACTURING COMPANY, INC., Respondent, v. JOHN SURREY, LTD., Appellant.— Order, so far as appealed from, entered on June 21, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD SICKLES, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.